## ALTMAN *v.* TAYLOR.

GILBERT, J. The decision in *Altman* v. *Taylor*, ante, a quo warranto proceeding in which Taylor was adjudged entitled to hold the office which is the subject of this injunction proceeding, is conclusive against the contentions of the plaintiff. *Judgment affirmed. All the Justices concur.*

No. 10025. MARCH 14, 1934.

*Highsmith & Highsmith,* for plaintiff.
*C. A. Williams* and *T. J. Townsend,* for defendant.